927 A.2d 112

IN THE MATTER OF ROBERTO A. RIVERA–SOTO.

July 20, 2007.

## ORDER

This matter having come before the Court on a presentment from the Advisory Committee on Judicial Conduct, which found by clear and convincing evidence that **ROBERTO A. RIVERA–SOTO**, an Associate Justice of the Supreme Court of New Jersey, engaged in a course of conduct that created a risk that the prestige and power of his judicial office might influence and advance a private matter, thereby engendering an appearance of impropriety, in violation of Canons 1 (judges must observe high standards of conduct so the integrity and independence of the Judiciary may be preserved), 2A (judges must respect and comply with the law and must act at all times in a manner that promotes public confidence in the integrity and impartiality of the Judiciary), and 2B (judges prohibited from lending the prestige of office

to advance the private interests of others) of the *Code of Judicial Conduct,* and *Rule* 2:15–8(a)(6) (judges must not engage in conduct prejudicial to the administration of justice that brings the judicial office into disrepute),

And the Committee having recommended to the Court that respondent be censured for his violations of the Canons and the *Rule,*

And the Court having duly considered the record,

And respondent, by his counsel, having waived his right to a hearing before the Court,

And good cause appearing;

IT IS ORDERED that the Court hereby adopts the unanimous findings and recommendations contained in the presentment of the Advisory Committee on Judicial Conduct and censures **ROBERTO A. RIVERA–SOTO** for his violations of Canons 1, 2A, and 2B of the *Code of Judicial Conduct* and *Rule* 2:15–8(a)(6).

Chief Justice RABNER and Justices LONG, LaVECCHIA, ALBIN, and HOENS join in the Court's Order.

Justice WALLACE did not participate.